**Order entered February 11, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00797-CV**

**IN RE JOHN THOMPSON, Relator**

**Original Proceeding from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-83205-2021**

**ORDER**

Before Justices Schenck, Nowell, and Garcia

Based on the Court's opinion of this date, we **DISMISS** this case for want of

jurisdiction.

/s/    ERIN A. NOWELL
        JUSTICE